**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BULMARIO TORRES,                      )   NO. CV 10-2910-R(E)
                                      )
                Petitioner,           )
                                      )
        v.                            )        JUDGMENT
                                      )
KEN CLARK, Warden,                    )
                                      )
                Respondent.           )
                                      )
_____)

        Pursuant to the "Order of Dismissal,"

        IT IS ADJUDGED that the Petition is denied and dismissed
without prejudice.

        DATED: April 26, 2010.


                        _____
                                  MANUEL L. REAL
                          UNITED STATES DISTRICT JUDGE